# Court of Appeals
# of the State of Georgia

ATLANTA,___July 23, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0491.  JOSEPH WADE, JR. v. THE STATE.

In 2001, Joseph Wade, Jr. pled guilty to statutory rape and other crimes.  He now seeks discretionary review of his judgment of conviction and sentence.[1]  No provision of OCGA § 5-6-35 (a) applies here, and the order that Wade wishes to appeal was directly appealable.  Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Wade, however, filed this application 14 years after entry of the order at issue here.  Accordingly, the application is untimely, and it is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____07/23/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] In his pro se application brief, Wade states that he wishes to withdraw his guilty plea.  But Wade's application materials do not include a motion to withdraw, nor an order denying such a motion.  The only order that Wade has submitted is his 2001 final disposition.